FILED'08 SEP 12 10:38USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT J. CASKEY, | ) | |
| | ) | Civil No. 07-1328-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| QWEST CORP., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Defendant's unopposed Motion for Dismissal with Prejudice [29-1] is GRANTED.

Dated this 12 day of September, 2008.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge